# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : No. 1:24-CR-28U

         **v.** : (Judge Melalchue )

**KYLE EUGENE GORDON,**
    **Defendant** :

## INDICTMENT

THE GRAND JURY CHARGES:

**FILED**
HARRISBURG, PA
OCT 2 3 2024
PER _____
DEPUTY CLERK

### COUNT 1
18 U.S.C. § 751(a)
(Escape)

On or about October 7, 2024, in the Middle District of Pennsylvania, the defendant,

**KYLE EUGENE GORDON,**

did knowingly escape from custody in the Capital Pavilion Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Pennsylvania upon conviction for the commission of conspiracy to possess with intent to deliver a controlled

substance, in violation of Title 21, United States Code, Section 846;

and possession of a firearm in furtherance of a drug trafficking

crime, in violation of Title 18, United States Code, Section 924(c).

All in violation of Title 18, United States Code, Sections 751(a)

and 4082.

A TRUE BILL

GERARD M. KARAM
UNITED STATES ATTORNEY

███████████████████
FOREPERSON

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

10/23/24
Date